IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03793-DDD-MEH

BETHANY SCHEER,

    Plaintiff,

v.

SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion for Summary Judgment, filed January 25, 2024, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Sisters of Charity of Leavenworth Health System, Inc., and against Plaintiff, Bethany Scheer, on Defendant's Motion for Summary Judgment. It is further

ORDERED that Plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this 25th day of January, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk